UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

ARTHUR HAYES, et al,
                Defendants.
-----------------------------------------------------------------X

20 cr 500 (JGK)

**ORDER**

The defendant Samuel Reed should appear in this district for an initial appearance and arraignment by **October 13, 2020.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      October 5, 2020