UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

                        Defendants.
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-500   (JGK) (SLC)

Defendant ___Samuel Reed___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020

/s/ Samuel Reed
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Samuel Reed
Print Defendant's Name

/s/ Douglas K. Yatter
Defendant's Counsel's Signature

Douglas K. Yatter
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/16/20
Date

John G. Koeltl
U.S. District Judge