

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2020

**VIA ECF and EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *United States* **v.** *Samuel Reed*, **20 Cr. 500**

Dear Judge Koeltl:

    The Government respectfully requests, with the defendant's consent, that the Court enter the proposed protective order attached to this letter.

                Very truly yours,

                  AUDREY STRAUSS
                  Acting United States Attorney

           by: /s Samuel Raymond
                  Samuel Raymond / Jessica Greenwood
                  Assistant United States Attorneys
                  (212) 637-6519 / 1090

cc: Defense Counsel (via ECF and email)