**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

      - against -                                      20 Cr. 500 (JGK)

**SAMUEL REED**                                            <u>ORDER</u>

                Defendant.

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference on **May 11, 2021** at **2:30 p.m.**

Because a continuance is needed to allow for the Government to make discovery and for the defendant to review it, because of the complexity of the case, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **February 9, 2021,** until **May 11, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 9, 2021**                      /s/ John G. Koeltl
                                                                   John G. Koeltl
                                                   United States District Judge