**Douglas K. Yatter**
Direct Dial: (212) 906-1211
douglas.yatter@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

April 21, 2021

<u>**VIA ECF**</u>

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>***United States v. Hayes et al.***, **No. 20 Cr. 500 (JGK)**</u>

Dear Judge Koeltl:

In accordance with Your Honor's Order dated April 19, 2021 (ECF No. 58), granting leave to file a redacted set of Exhibits A-G (the "Exhibits"), which were cited in but not filed with Mr. Reed's April 1, 2021 letter to the Court (ECF No. 42), please find enclosed with this letter copies of the Exhibits in redacted form.

Respectfully submitted,

/s/ Douglas K. Yatter
Douglas K. Yatter
Benjamin Naftalis
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)