UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER
                Defendants.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-CR-500    (JGK)

Defendant ____Samuel Reed_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___/s/ Douglas K. Yatter_____
Defense Counsel's Signature

___Samuel Reed___
Print Defendant's Name

___Douglas K. Yatter___
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

__5/11/21__
Date

_____
U.S. District Judge