**Douglas K. Yatter**
Direct Dial: (212) 906-1211
douglas.yatter@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

June 4, 2021

<u>**VIA ECF**</u>

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>*United States v. Hayes, et al.*</u>, **No. 20 Cr. 500 (JGK)**

Dear Judge Koeltl:

We represent Defendant Samuel Reed and respectfully submit this letter on behalf of Mr. Reed and Defendants Arthur Hayes and Benjamin Delo, whose counsel are copied on this letter.

Pursuant to the conference with the Court on May 11, 2021 and the Court's order of May 11, 2021, ECF No. 71, Defendants are submitting two discovery motions to the Court today. One motion seeks to compel the government to produce *Brady* and Rule 16 materials in the possession of the U.S. Commodity Futures Trading Commission; the other motion seeks to compel the government under Rule 16 to produce certain devices in the government's possession. The full set of motion papers will be delivered to Chambers in both hard copy and electronic form.

Having conferred with the government pursuant to Your Honor's Individual Practices Rule IV.A.2, we respectfully seek leave from the Court to file these motions under seal at the present time because their supporting memoranda of law, declarations, and exhibits include materials the government has designated "Confidential" or "Sensitive" pursuant to the protective orders that have been entered in this case. ECF Nos. 23, 41, 55. The parties will confer on proposed redactions.

We are available at the Court's convenience to discuss any questions. Thank you.

Respectfully submitted,

/s/ Douglas K. Yatter
Douglas K. Yatter
Benjamin Naftalis
of LATHAM & WATKINS LLP

**Honorable John G. Koeltl**
**June 4, 2021**
**Page 2**

LATHAM&WATKINS LLP

    cc:    James J. Benjamin, Jr. (counsel for Arthur Hayes)
            Patrick J. Smith (counsel for Benjamin Delo)
            Harlan A. Levy (counsel for Benjamin Delo)
            Samuel Raymond
            Jessica Greenwood
            All Counsel of Record (via ECF)