# EXHIBIT 4

**To:** Metzger, Carlin[CMetzger@CFTC.gov]; McCormack, Joy[JMcCormack@CFTC.GOV]
**From:** ██████████
**Sent:** Mon 7/15/2019 9:15:21 PM
**Subject:** [EXTERNAL] Production | ███████ Accounts

Hi, Joy and Carlin,
You were absolutely correct, assembling the account information was not a manual process for our data team! Even though it would be for me.

Attached in the SendSafely folder is a spreadsheet containing certain ████████ account details for the addresses on the list you sent us that are (1) associated with ████████ and (2) owned by US residents.

We are providing account details that do not include Personally Identifiable Information in compliance with our Privacy Policy.

We are also assembling emails with the domains you listed in the subpoena. Collection and review of those may extend past the current July 30 production timeline. I will keep you posted on our expected completion date.

Please let me know if you have any questions.

Best regards,
██████████

--



CONFIDENTIAL