# EXHIBIT 15

| | |
|---|---|
| **From:** | Greenwood, Jessica (USANYS) |
| **Sent:** | Friday, April 24, 2020 2:26 PM |
| **To:** | Greenwood, Jessica (USANYS) |
| **Subject:** | BitMEX - Note to File re ▮▮▮▮ _03_01 Document |

Note to file.

On 3/30/20, agent Lili Kudirka emailed me re document ▮▮▮▮_03_01 to say she saw that BitMEX GC Gujinder Bassi had been added to the document (a Slack channel chat) partway through the document and whether the remainder should be privilege reviewed. I advised her in abundance of caution to send to the privilege team for potential privilege review. Agent Kudirka emailed privilege and investigative teams.

On 4/24/20, I instructed Agent Kudirka, Agent Todd McGee, and AUSA Sam Raymond to delete the attachment of the document to Agent Kudirka's prior email in abundance of caution. Each confirmed to me verbally that they did so. I did not review that attachment prior to deleting. I also deleted a copy of the document that was saved to our internal shared drive, and sent an email requesting that the document be removed from our Relativity document database. I ran searches on our internal shared drive and my email for any additional copies and did not locate any.

I recall that the document was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The document was included in binders and briefly discussed during a November 2019 interview of Witness-1. Prior to the interview I have no recollection of reviewing the document. My recollection about the substance discussed at the interview was that the chat was an internal Corporate slack channel Witness-1 was added to by Ben Delo and that the chat concerned business development meetings with and onboarding of U.S. based corporate customers that were being onboarded through offshore entities, and Witness-1 was surprised at the discussion and so copied and pasted the contents of the entire chat channel before he was kicked out of the space. As far as I can recall, Witness-1 described having been added to the chat by Delo as part of his investigation into a situation where BitMEX sent Bitcoin to an individual fraudulently posing as a BitMEX customer. We did not review the document itself in any detail during the interview. I do not recall then or at any other time (other than the notification from Agent Kudirka described above) reviewing the document or learning that Gurjinder Bassi joined partway through the chat channel, or learning of any statements that were said to or by Bassi in that chat.

Jessica Greenwood
Assistant United States Attorney
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
(212) 637-1090

1