USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

               Defendants.
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-CR-500   (JGK)

Defendant ____Samuel Reed_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Samuel Reed_____
Print Defendant's Name

__/s/ Douglas K. Yatter_____
Defense Counsel's Signature

___Douglas K. Yatter_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

___8/12/11___
Date

_____
U.S. District Judge