UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**TELECONFERENCE**

-v-

**20-CR-500      (JGK)**

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

                    Defendants.

-------------------------------------------------------------------X

Defendant _____Samuel Reed_____ hereby voluntarily consents
to participate in the following proceeding via teleconferencing:

\_\_\_        Initial Appearance/Appointment of Counsel

\_\_\_        Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
            Indictment Form)

\_\_\_        Preliminary Hearing on Felony Complaint

\_\_\_        Bail/Revocation/Detention Hearing

_X_        Status and/or Scheduling Conference

\_\_\_        Misdemeanor Plea/Trial/Sentence


_____          ___/s/ Douglas K. Yatter_____
Defendant's Signature                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


____Samuel Reed_____                  _____Douglas K. Yatter_____
Print Defendant's Name                   Print Defense Counsel's Name



This proceeding was conducted by reliable teleconferencing technology.



_____                      _____
Date                                     U.S. District Judge