UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

     Defendants.

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

**20-CR-500 (JGK)**

Defendant _____ Samuel Reed _____ hereby voluntarily consents
to participate in the following proceeding via teleconferencing:

_____ Initial Appearance/Appointment of Counsel

_____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
   Indictment Form)

_____ Preliminary Hearing on Felony Complaint

_____ Bail/Revocation/Detention Hearing

_X___ Status and/or Scheduling Conference

_____ Misdemeanor Plea/Trial/Sentence


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____ Samuel Reed _____
Print Defendant's Name


__/s/ Douglas K. Yatter_____
Defense Counsel's Signature


_____ Douglas K. Yatter_____
Print Defense Counsel's Name


This proceeding was conducted by reliable teleconferencing technology.

___10/13/21___
Date

_____
U.S. District Judge