UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR HAYES, BENJAMIN DELO, GREGORY DWYER and SAMUEL REED,<br><br>*Defendants*. | 20 Cr. 500 (JGK)<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE THE GOVERNMENT FROM ADMITTING (1) EVIDENCE OF ALLEGED SUSPICIOUS TRANSACTIONS ON THE BITMEX TRADING PLATFORM AND (2) LAY OPINION TESTIMONY BY A WITNESS FROM FINCEN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated December 3, 2021, Defendants Arthur Hayes, Benjamin Delo, and Samuel Reed ("Defendants"), by and through their undersigned counsel, move before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendants' Motion *in Limine* to Preclude the Government from Admitting (1) Evidence of Alleged Suspicious Transactions on the BitMEX Trading Platform and (2) Lay Opinion Testimony by a Witness from FinCEN (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Motion is made and based on this Notice of Motion, the accompany Memorandum of Law and the Declaration of James J. Benjamin filed concurrently with exhibits in support hereof, and on such other pleadings, oral and documentary evidence, and arguments as may be presented to the Court.

1

Dated: December 3, 2021
      New York, New York

Respectfully submitted,

| | |
|---|---|
| /s/ James J. Benjamin, Jr. | /s/ Douglas K. Yatter* |
| James J. Benjamin, Jr.<br>Katherine R. Goldstein<br>Kaitlin D. Shapiro<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-8091<br>jbenjamin@akingump.com<br>kgoldstein@akingump.com<br>kshapiro@akingump.com | Douglas K. Yatter<br>Benjamin Naftalis<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 906-1200<br>douglas.yatter@lw.com<br>benjamin.naftalis@lw.com |
| Peter Altman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Tel: (310) 299-1000<br>paltman@akingump.com | Jack M. McNeily<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Tel: (312) 876-7700<br>jack.mcneily@lw.com |
| *Attorneys for Defendant Arthur Hayes* | *Attorneys for Defendant Samuel Reed* |

/s/ Patrick J. Smith*
Patrick J. Smith
Andrew J. Rodgers
SMITH VILLAZOR LLP
250 West 55th Street, 30th Floor
New York, New York 10019
Tel: (212) 377-0851
patrick.smith@smithvillazor.com
andrew.rodgers@smithvillazor.com

Harlan A. Levy
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (646) 927-5500
hlevy@foleyhoag.com

*Attorneys for Defendant Benjamin Delo*

* Electronic signatures used with consent.