**Douglas K. Yatter**
Direct Dial: (212) 906-1211
douglas.yatter@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

LATHAM & WATKINS LLP

February 2, 2022

<u>**VIA ECF**</u>

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: <u>*United States v. Hayes, et al.*, 20 Cr. 500 (JGK)</u>

Dear Judge Koeltl:

    Defendants Arthur Hayes, Benjamin Delo, and Samuel Reed write to propose the following schedule regarding expert witness disclosures and related briefing: (i) simultaneous exchange of expert disclosures by <u>February 11, 2022</u>; (ii) simultaneous motions to exclude experts by <u>February 26, 2022</u>; and (iii) simultaneous oppositions to any motions to exclude by <u>March 7, 2022</u>.  The government consents to this schedule.

Respectfully submitted,

/s/ Douglas K. Yatter
Douglas K. Yatter
Benjamin Naftalis
of LATHAM & WATKINS LLP

cc:  All Counsel of Record (via ECF)

SO ORDERED.

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE