**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ARTHUR HAYES, <br> BENJAMIN DELO, and <br> SAMUEL REED, <br>                *Defendants.* | No. 20-cr-00500 (JGK) |

## <u>DECLARATION OF DOUGLAS K. YATTER</u>

DOUGLAS K. YATTER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a Partner of the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, and counsel for Defendant Samuel Reed in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and this Court.

2.      I respectfully submit this declaration in support of Defendants' Memorandum of Law in Opposition to the Commodity Futures Trading Commission's Motion to Quash Rule 17 Subpoena.

3.      Attached as Exhibit A is a true and correct copy of the CFTC's February 11, 2022 Order regarding Request for Trial Testimony in *United States v. Hayes et. al.*, 20-CR-500 (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          February 18, 2022
                New York, New York

                                    /s/ Douglas K. Yatter
                                    Douglas K. Yatter