Douglas K. Yatter
Direct Dial: (212) 906-1211
douglas.yatter@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

February 26, 2022

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***United States v. Hayes, et al.*, No. 20 Cr. 500 (JGK)**

Dear Judge Koeltl:

Pursuant to the Court's order of February 4, 2022, ECF No. 256, Defendant Samuel Reed will be submitting a motion to exclude portions of the government's expert testimony today, February 26, 2022. The full set of papers will be delivered to Chambers in both hard copy and electronic form.

Having previously conferred with the government pursuant to the Court's Individual Practices Rule VI.A.2, we respectfully seek leave from the Court to file the motion and supporting papers under seal at the present time because they reference materials the government has designated "Confidential" or "Sensitive" pursuant to the protective orders that have been entered in this case, ECF Nos. 23, 41, 55, and that are irrelevant, prejudicial, and/or otherwise inadmissible. The parties will confer on proposed redactions.

We are available at the Court's convenience to discuss any questions. Thank you.

Respectfully submitted,

/s/ Douglas K. Yatter
Douglas K. Yatter
Benjamin Naftalis
of LATHAM & WATKINS LLP

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/26/22

Honorable John G. Koeltl
February 26, 2022
Page 2

LATHAM&WATKINS LLP

    cc:    Samuel Raymond
            Jessica Greenwood
            Nathan Rehn
            All Counsel of Record (via ECF)