Case 1:20-cr-00500-JGK  Document 300  Filed 03/02/22  Page 1 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES

       - against -

SAMUEL REED,
               Defendant.

20-cr-500 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The defendant's motion for a written jury questionnaire is denied.

    The defendant proposes that the Court send out to the jury pool a written questionnaire with 76 questions and numerous subparts two days in advance of jury selection and then permit the parties the opportunity to screen the responses. That procedure is not necessary in this case. This case is not so complicated or high profile as to warrant this procedure. <u>See</u> <u>United States v. Treacy</u>, 639 F.3d 32, 46 (2d Cir. 2011). The Court will consider the parties' submissions for appropriate voir dire questions and conduct a thorough voir dire examination of the potential jurors, with the opportunity for counsel to suggest any follow-up questions. This will ensure a fair and impartial jury. The motion for a jury questionnaire is therefore denied.

    At the conference held on March 1, 2022, the parties agreed on the documents that should be produced by the Commodity

Futures Trading Commission ("CFTC") and on the timing of that production. The CFTC's motion to quash is therefore denied as moot.

However, for the reasons explained on the record at the conference, the defendant's request to compel the Government to search the CFTC's files and to produce all Brady, Giglio, and Rule 16 materials therein is denied.

The Clerk is directed to close Docket Nos. 86, 87, 88, 266, 270, 272 and 292.

**SO ORDERED.**
**Dated:**   New York, New York
             March 1, 2022

_____
John G. Koeltl
United States District Judge