

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 6, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Samuel Reed*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

      The Government respectfully submits this letter regarding the schedule for briefing on the parties' motions to exclude expert testimony. On February 4, 2022, the Court granted the parties' joint request to set the deadline for oppositions to motions to exclude for March 7, 2022. *See* Dkt. No. 256. The parties have now agreed to a one-week adjournment of this deadline, if such oppositions are still necessary at that time. Accordingly, the parties jointly request that the Court adjourn the deadline to March 14, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____

Samuel Raymond
Jessica Greenwood
Thane Rehn
Assistant United States Attorneys
(212) 637-6519/1090/2354

---

Application granted.

SO ORDERED.

March 7, 2021   /s/ John G. Koeltl
New York, NY
                        _____
                        John G. Koeltl, U.S.D.J.

cc:    All Counsel of Record (by ECF)